IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DONOVAN JAMAL WILLINGHAM, #171494**                    **PLAINTIFF**

v.                                                                    **CAUSE NO. 1:17-cv-333-LG-RHW**

**HARRISON COUNTY**                                               **DEFENDANT**

**FINAL JUDGMENT**

This matter is before the Court sua sponte. The Court, after a full review and consideration of the record in this case and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order Dismissing Plaintiff's Complaint entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Willingham's § 1983 civil action is dismissed with prejudice until the *Heck* conditions are met, on grounds that the § 1983 claims are legally frivolous pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i), and Willingham's habeas claims are dismissed without prejudice for this Court's lack of jurisdiction pursuant to 28 U.S.C. § 2244(b)(3)(A).

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that this dismissal counts as a "strike" under the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED** this the 19th day of June, 2018.

                                                  s/ *Louis Guirola, Jr.*
                                                  LOUIS GUIROLA, JR.
                                                  UNITED STATES DISTRICT JUDGE